USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAEL CRUZ, on behalf himself of all other persons similarly situated,

                Plaintiff,

                -against-

VUORI, INC.,

                Defendant.

1:20-cv-01470-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed his Complaint on February 19, 2020 [ECF #1]. Proof of service filed with the Court on February 25, 2020, reflects that Defendant was served with the Complaint on February 21, 2020 [ECF #5]. A Notice of Appearance was filed on behalf of Defendant on March 13, 2020 [ECF #7]. To date, Defendant has not answered or otherwise responded to the Complaint.

Accordingly, it is hereby ORDERED that any motion for entry of a default judgment is due on or before **September 3, 2020**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

**SO ORDERED.**

Date:  August 18, 2020
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**